UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| TRACY JONES, On Behalf of Himself and All Others Similarly Situated, | No. 1:09-cv-01538 **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | Judge Elaine E. Bucklo |
| CORUS BANKSHARES, INC., et al., | |
| Defendants. | |

SUPPLEMENTAL AUTHORITY

507316_1

Lead Plaintiff Todd L. Johnson ("Plaintiff") hereby submits supplemental authority in further support of Plaintiff's Opposition to Defendants' Motion to Dismiss (Dkt. No. 84). Plaintiff respectfully submits this motion to bring to the Court's attention the recent decision by Judge Der-Yeghiayan in the Northern District of Illinois in *Gosselin v. First Trust Advisors L.P.*, slip op., No. 08 C 5213, 2009 WL 5064295 (N.D. Ill. Dec. 17, 2009) (attached for the Court's convenience as Exhibit A). This case was issued after Plaintiff's opposition motion was fully briefed on November 5, 2009 and applies to the motion to dismiss standard for pleading falsity and scienter under the Private Securities Litigation Reform Act of 1995.

DATED: February 25, 2010

Respectfully submitted,

Plaintiff,

By: s/ Sarah R. Holloway
SARAH R. HOLLOWAY
COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
JOHN J. RICE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 1 -

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

- 2 -

507316_1

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 25, 2010.

s/ SARAH R. HOLLOWAY
SARAH R. HOLLOWAY

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  sholloway@csgrr.com

507316_1

# Mailing Information for a Case 1:09-cv-01538

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Emily M. Emerson**
  courtnotification@mayerbrown.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Michael Jon Gill**
  courtnotification@mayerbrown.com

- **Sarah R. Holloway**
  sholloway@csgrr.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle Suzanne Myers**
  dmyers@csgrr.com

- **Michele Louise Odorizzi**
  courtnotification@mayerbrown.com

- **David D Pope**
  courtnotification@mayerbrown.com

- **John J. Rice**
  jrice@csgrr.com,tholindrake@csgrr.com,hectorm@csgrr.com,e_file_sd@csgrr.com

- **John Joseph Tharp , Jr**
  courtnotification@mayerbrown.com,jtharp@mayerbrown.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Pia Fields**
'