UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| TRACY JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>CORUS BANKSHARES, INC., et al.,<br><br>                     Defendants. | No. 1:09-cv-01538<br>(**Consolidated**)<br><br>CLASS ACTION<br><br>Judge Elaine E. Bucklo |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
CORUS BANKSHARES, INC.

571712_1

IT IS HERBY STIPULATED AND AGREED, by and between Lead Plaintiff Todd Johnson, Defendant Corus Bankshares, Inc. ("Corus") and Individual Defendants Robert J. Glickman and Tim H. Taylor, through their respective counsel of record, that Lead Plaintiff's claims in the Consolidated Class Action Complaint for Violation of the Federal Securities Laws against Corus are voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: July 12, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
JOHN J. RICE
RYAN A. LLORENS


s/ JOHN J. RICE
By: JOHN J. RICE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SARAH R. HOLLOWAY
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

*Lead Counsel for Todd Johnson*

DATED: July 12, 2010

MAYER BROWN LLP
MICHELLE ODORIZZI
MICHAEL J. GILL


s/ MICHAEL J. GILL
By:  MICHAEL J. GILL

- 1 -

571712_1

- 2 -

71 South Wacker Drive
Chicago, IL 60606
Telephone: 312/782-0600
312/701-7711 (fax)

*Counsel for Corus Bankshares, Robert J. Glickman, and Tim H. Taylor*

571712_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2010.

s/ JOHN J. RICE
JOHN J. RICE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: johnr@rgrdlaw.com

571712_1

# Mailing Information for a Case 1:09-cv-01538

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Emily M. Emerson**
  courtnotification@mayerbrown.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Michael Jon Gill**
  courtnotification@mayerbrown.com

- **Sarah R. Holloway**
  sholloway@rgrdlaw.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michele Louise Odorizzi**
  courtnotification@mayerbrown.com

- **David D Pope**
  courtnotification@mayerbrown.com

- **John J. Rice**
  jrice@rgrdlaw.com,hectorm@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John Joseph Tharp , Jr**
  courtnotification@mayerbrown.com,jtharp@mayerbrown.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Pia Fields
'
```